```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF KENTUCKY
                CENTRAL DIVISION AT LEXINGTON
```

CIVIL ACTION NO. 2022-38 - WOB

CHARLES BONNER                                              PLAINTIFF

VS.                           **ORDER**

COOKIE CREWS, ET AL                                        DEFENDANTS

This matter is before the Court on the Report and Recommendation (Doc. 43) of the Magistrate Judge, and plaintiff having filed no objections thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court. That this matter be, and hereby is, **DISMISSED and STRICKEN** from the Court's Docket.

This 6th day of January, 2023.



Signed By:
*William O. Bertelsman* WOB
United States District Judge